# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN R. WARREN,
              Appellant,
      vs.
DOUGLAS R. BROWN, AN
INDIVIDUAL; AND LEMONS,
GRUNDY & EISENBERG,
CHARTERED, A NEVADA
PROFESSIONAL CORPORATION,
              Respondents.

No. 82085

FILED

NOV 20 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from an order partially granting a motion to dismiss. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal is prematurely filed because the district court has not entered a final written judgment adjudicating all the rights and liabilities of all the parties. *See Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000) (defining a final appealable judgment as "one that disposes of all the issues presented in the case, and leaves nothing for the future consideration of the court, except for post-judgment issues such as attorney's fees and costs."). The district court's order expressly dismisses only appellant's "ownership-based claims" and

directs that appellant's "deed-based claims" shall proceed. Accordingly, the order is not appealable; this court lacks jurisdiction, and

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. David A. Hardy, District Judge
Kevin R. Warren
Laxalt & Nomura, Ltd./Reno
Washoe District Court Clerk